UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                        Case No. 6:21-bk-02637
                                              Chapter 7
WATERS M. LE
         Debtor.
_____/

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I HEREBY declare under penalty of perjury under the laws of the United States that the foregoing Amended Schedule A; Amended Schedule C and Summary of Assets is true and correct to the best of my knowledge, information and belief.

Date: 6/17/2021        Signature: _____
                                  WATERS M. LE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Schedule A and Summary of Assets has been served this 18th day of June, 2021 to:

Robert E Thomas, Trustee: Email - rthomastrustee@gmail.com
U.S. Trustee: Email - USTP.Region21.OR.ECF@usdoj.gov

_____
Robert H. Pflueger, Esquire
Florida Bar No. 333794

ROBERT H. PFLUEGER, P.A.
377 Maitland Avenue, Suite 1002
Altamonte Springs, FL 32701
Attorney for Debtor(s)
Phone (407) 339-2022
Email: rob@rhpflueger.com