UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:21-bk-02637
Chapter 7

WATERS M LE
    Debtor.
_____/

## AMENDMENT TO SCHEDULE F

    COMES NOW the Debtor, WATER M LE by and through the undersigned attorney and hereby files this Amendment to the F Schedules to add the following creditor:

| CREDITOR'S NAME MAILING ADDRESS | ACCT NO. | CONSIDERATION | CLAIM AMOUNT |
|---|---|---|---|
| SunTrust Bank<br>PO Box 305183<br>Nashville, TN 37230 | xxxxxx6800 | Overdrawn Bank Account | $4,281.96 |
| SunTrust Bank<br>PO Box 305183<br>Nashville, TN 37230 | xxxxxx1644 | Overdrawn Bank Account | $1,468.28 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

    I HEREBY declare under penalty of perjury under the laws of the United States that the foregoing Amendment to Schedule F is true and correct to the best of my knowledge, information and belief.

Date: 6/17/2021    Signature: _____
                                                          Waters M le

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amendment to Schedule F as well as a copy of Notice of Commencement of Bankruptcy Case (Official Form 309A) has been served this 18th day of June, 2021 by U.S. Mail to:

SunTrust Bank, PO Box 305183, Nashville, TN 37230

and a copy of the Amendment to Schedule F has been served by electronic transmission to:

Robert Thomas, Trustee, via E-Service: rthomastrustee@gmail.com

U.S. Trustee, via E-Service: USTP.Region21.OR.ECF@usdoj.gov

_____
Robert H. Pflueger, Esquire
Florida Bar No. 333794

ROBERT H. PFLUEGER, P.A.
377 Maitland Avenue, Suite 1002
Altamonte Springs, FL 32701
Attorney for Debtor(s)
Phone (407) 339-2022
Email: rob@rhpflueger.com
Secondary Email: lucy@rhpflueger.com