UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:21-bk-02637
Chapter 7

WATERS M. LE
    Debtor.
_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Schedule C has been served by First Class US Mail or by electronic transmission to all creditors and interested parties listed on the attached mailing matrix this __21st__ day of June, 2021.

_____
Robert H. Pflueger, Esquire
Florida Bar No. 333794

ROBERT H. PFLUEGER, P.A.
377 Maitland Avenue, Suite 1002
Altamonte Springs, FL 32701
Attorney for Debtor(s)
Phone (407) 339-2022
Email: rob@rhpflueger.com
Secondary Email: lucy@rhpflueger.com