| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:21-bk-02637-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jun 21 13:57:20 EDT 2021 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Truist Bank<br>c/o Stefan Beuge<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Andrew R Herron, Esquire<br>Homer Bonner<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, FL 33131-3439 | BB&T<br>2000 Interstate Park Dr<br>Suite 400<br>Montgomery, AL 36109-5414 |
| BB&T<br>301 301 College St, 6th FL<br>Greenville, SC 29601 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>McLin & Burnsed, PA<br>PO Box 491357<br>Leesburg, FL 34749-1357 |
| BB&T<br>Stefan Beuge, Esquire<br>101 E Kennedy Blvd Ste 2800<br>Tampa, FL 33602-5150 | Capital One Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank Usa N<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Deep Electric Inc<br>c/o Henry Jefferson, R.A.<br>3406 Needles Dr<br>Orlando, FL 32810-2323 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fox Collection Center<br>PO Box 528<br>Goodlettsville, TN 37070-0528 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JP Morgan Chase Bank,NA<br>c/o Fay Servicing LLC<br>939 W North Ave<br>Chicago, IL 60642-7138 |
| Lauren A Cascino, Esquire<br>The Rosenthal Law Firm PA<br>4798 new Broad St Suite 310<br>Orlando, FL 32814-6436 | McCalla Raymer, LLC<br>225 E Robinson Street<br>Suite 660<br>Orlando, FL 32801-4321 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Quoc Le<br>1231 Canton Street<br>Orlando, FL 32803-3359 | Quoc V Le<br>1231 Canton Street<br>Orlando, FL 32803-3359 | Robertson, Anschutz<br>& Schneid, PL<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| Shumaker Loop & Kendrick<br>Stefan Beuge, Esquire<br>Bank of America Plaza<br>101 E Kennedy Blvd Ste#2800<br>Tampa, FL 33602-5150 | SunTrust Bank<br>PO Box 305183<br>Nashville, TN 37230-5183 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Winderweedle, Haines, Ward<br>& Woodman, PA<br>PO Box 880<br>Winter Park, FL 32790-0880 | Yogi Do<br>20331 Perralta Cliff Tr<br>Richmond, TX 77407-2189 | Yogi Thang Do<br>20331 Perralta Cliff Trail<br>Richmond, TX 77407-2189 |

Robert E Thomas  
Post Office Box 5075  
Winter Park, FL 32793-5075  

Robert H Pflueger  
Robert H Pflueger PA  
377 Maitland Avenue  
Suite 1002  
Altamonte Springs, FL 32701-5442  

Waters M Le  
2914 E Jefferson Street  
Orlando, FL 32803-5806  


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BB&T  
301 College St, 6th FL  
Greenville, SC 29601  

JP Morgan Chase Bank, NA  
c/o CT Corporation System  
1200 S Pine Islnd Rd  
Fort Lauderdale, FL 33324  

(d)JP Morgan Chase Bank, NA  
successor in interest to  
Washington Mutual Bank, FA  
1111 Polaris Pkwy  
Columbus, OH 43240  


End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32