UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

WATERS M. LE,

Case No. 6:21-bk-02637
Chapter 7

_____Debtor(s)._____/

## AMENDED SCHEDULE B – PERSONAL PROPERTY

**TO ADD:**

| Description of property | Husband / Wife Joint / Community | Current Market Value |
|---|---|---|
| SUNTRUST BANK ACCT CK #6800 | | $4181.96 |
| CK #1644 | | $1468.28 |

## AMENDED SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

**TO ADD:**

Debtor claims the exemption to which debtor is entitled under: 11 U.S.C. §522(b)(3)

| Description of property | Specify Law Providing Each Exemption | Value of Exemption | Current Value |
|---|---|---|---|
| SUNTRUST BANK ACCT CK #6800 | Fla. Stat. Ann. § 222.11 | $4181.96 | |
| CK #1644 | | $1468.28 | |
| | TOTAL: | $5650.24 | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I hereby declare under penalty of perjury under the laws of the United States that the foregoing Amendment to Schedule B and C is true and correct to the best of my knowledge, information and belief.

Date: 7/22/21

Signature: X _____
Debtor: Waters M Le

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Amendment to Schedule B and C has been served either by electronic transmission or by United States first class mail postage prepaid to:

all creditors and interested parties on the attached mailing matrix;

Debtor(s): Waters M Le

Trustee: Robert E Thomas, Trustee: email-rthomastrustee@gmail.com

U.S. Trustee, email-USTP.Region21.OR.ECF@usdoj.gov

Dated this 27 day of July 2021.

_____
Robert H. Pflueger, Esquire
Florida Bar No. 333793

ROBERT H. PFLUEGER, P.A.
377 Maitland Avenue, Suite 1002
Altamonte Springs, FL 32701
Attorney for Debtor(s)
Phone (407) 339-2022 Fax (407) 339-5271
Email: rob@rhpflueger.com
Secondary Email: lucy@rhpflueger.com

```
Label Matrix for local noticing          Waters M Le                              TRUIST BANK F/K/A BRANCH BANKING AND TRUST C
113A-6                                   2914 E Jefferson Street                  c/o Jay B. Verona, Esq.
Case 6:21-bk-02637-KSJ                   Orlando, FL 32803-5806                   Shumaker, Loop & Kendrick, LLP
Middle District of Florida                                                        101 E. Kennedy Blvd., Suite 2800
Orlando                                                                           Tampa, FL 33602-5153
Tue Jul 27 09:50:24 EDT 2021

Truist Bank                              Andrew R Herron, Esquire
c/o Stefan Beuge                         Homer Bonner                             BB&T
Shumaker, Loop & Kendrick, LLP           1200 Four Seasons Tower                  2000 Interstate Park Dr
101 E. Kennedy Blvd., Suite 2800         1441 Brickell Avenue                     Suite 400
Tampa, FL 33602-5153                     Miami, FL 33131-3439                     Montgomery, AL 36109-5414


BB&T                                     (p)BB AND T
301 301 College St, 6th FL               PO BOX 1847                              BB&T
Greenville, SC 29601                     WILSON NC 27894-1847                     McLin & Burnsed, PA
                                                                                  PO Box 491357
                                                                                  Leesburg, FL 34749-1357


BB&T                                     Capital One Bank
Stefan Beuge, Esquire                    Attn: Bankruptcy Dept.                   Capital One Bank Usa N
101 E Kennedy Blvd Ste 2800              Po Box 30285                             Po Box 31293
Tampa, FL 33602-5150                     Salt Lake City, UT 84130-0285            Salt Lake City, UT 84131-0293


Deep Electric Inc                        Florida Department of Revenue
c/o Henry Jefferson, R.A.                Bankruptcy Unit                          Fox Collection Center
3406 Needles Dr                          Post Office Box 6668                     PO Box 528
Orlando, FL 32810-2323                   Tallahassee FL 32314-6668                Goodlettsville, TN 37070-0528


Internal Revenue Service                 (p)JPMORGAN CHASE BANK N A
Post Office Box 7346                     BANKRUPTCY MAIL INTAKE TEAM              JP Morgan Chase Bank,NA
Philadelphia PA 19101-7346               700 KANSAS LANE FLOOR 01                 c/o Fay Servicing LLC
                                         MONROE LA 71203-4774                     939 W North Ave
                                                                                  Chicago, IL 60642-7138


Lauren A Cascino, Esquire                McCalla Raymer, LLC
The Rosenthal Law Firm PA                225 E Robinson Street                    Orange County Tax Collector
4798 new Broad St Suite 310              Suite 660                                PO Box 545100
Orlando, FL 32814-6436                   Orlando, FL 32801-4321                   Orlando FL 32854-5100


Quoc Le                                  Quoc V Le
1231 Canton Street                       1231 Canton Street                       Robertson, Anschutz
Orlando, FL 32803-3359                   Orlando, FL 32803-3359                   & Schneid, PL
                                                                                  6409 Congress Avenue
                                                                                  Suite 100
                                                                                  Boca Raton, FL 33487-2853


Shumaker Loop & Kendrick                 SunTrust Bank
Stefan Beuge, Esquire                    PO Box 305183                            Winderweedle, Haines, Ward
Bank of America Plaza                    Nashville, TN 37230-5183                 & Woodman, PA
101 E Kennedy Blvd Ste#2800                                                       PO Box 880
Tampa, FL 33602-5150                                                              Winter Park, FL 32790-0880


Yogi Do                                  Yogi Thang Do
20331 Perralta Cliff Tr                  20331 Peralta Cliff Trail                Robert E Thomas +
Richmond, TX 77407-2189                  Richmond, TX 77407-2189                  Post Office Box 5075
                                                                                  Winter Park, FL 32793-5075
```

Robert H Pflueger +
Robert H Pflueger PA
377 Maitland Avenue
Suite 1002
Altamonte Springs, FL 32701-5442

Stefan Noah Beuge +
Shumaker, Loop & Kendrick, LLP
101 E.ast Kennedy Boulevard, Suite 2800
Tampa, FL 33602

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jay B Verona +
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602-5150

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
301 College St, 6th FL
Greenville, SC 29601

JP Morgan Chase Bank, NA
c/o CT Corporation System
1200 S Pine Islnd Rd
Fort Lauderdale, FL 33324

(d)JP Morgan Chase Bank, NA
successor in interest to
Washington Mutual Bank, FA
1111 Polaris Pkwy
Columbus, OH 43240

End of Label Matrix
Mailable recipients    33
Bypassed recipients    0
Total                  33